Kane Moon (SBN 249834)
  E-mail: kmoon@moonlawgroup.com
Allen Feghali (SBN 301080)
  E-mail: afeghali@moonlawgroup.com
Hyunjin Kim (SBN 345518)
  E-mail: hkim@moonlawgroup.com
**MOON LAW GROUP, PC**
725 S. Figueroa Street, 31st Floor
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff Reginald Eugene Purnell

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EUGENE PURNELL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HP HOOD, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants | Case No. 2:25−CV−02922−DJC<br><br>[Removed from Sacramento County Superior Court Case No. 25CV019289]<br><br>*Assigned to Judge Daniel J. Calabretta*<br><br>**ORDER GRANTING JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>Action Filed:   August 13, 2025<br>Action Removed:   October 9, 2025<br>Trial Date:   Not Set |

# ORDER

The Court having considered the Parties' Joint Stipulation to Allow Plaintiff to File First Amended Complaint (ECF Document 5) and with good cause appearing, hereby approves the stipulation and orders that:

1. Plaintiff shall file his First Amended Complaint within five (5) days following the date of this order.

2. Defendant shall file a responsive pleading(s) to Plaintiff's First Amended Complaint within thirty (30) days of its filing and service.

**IT IS SO ORDERED.**

Dated: November 18, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE